## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-01009-RBJ-MJW

ERIC J. PARTHEN, an individual

Plaintiff,

v.

WSB-AMERICAS, INC. a Delaware Corporation; WORLD SERIES OF
BOXING SA, a Switzerland corporation; HO KIM, an individual; and
IVAN KHODABAKHSH, an individual,

Defendants.

---

### ] ORDER GRANTING PLAINTIFF ERIC PARTHEN'S UNOPPOSED MOTION FOR LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE RE DEPOSITIONS AND DEPOSITIONS DE BENE ESSE OF HO KIM AND IVAN KHODABAKHSH [ Docket No. 24 ]

---

Upon review of Plaintiff Eric Parthen's Unopposed Motion For

Letters Of Request For International Judicial Assistance Re Depositions And

Depositions *De Bene Esse* Of Ho Kim And Ivan Khodabakhsh, and the file

in this matter, it is:

ORDERED that Plaintiff Eric Parthen's Unopposed Motion For

Letters Of Request For International Judicial Assistance Re Depositions And

Depositions *De Bene Esse* Of Ho Kim And Ivan Khodabakhsh is granted,

and it is

1

FURTHER ORDERED that the original executed Letters of Request

with the Seal of the Court are attached; and that Plaintiff Eric Parthen shall

forward the Letters of Request and any and all necessary translations and

copies to the appropriate authorities.

Dated: Oct 31, 2011.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2