IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01009-RBJ-MJW

ERIC J. PARTHEN, an individual,

    Plaintiff,

v.

WSB-AMERICAS, INC., a Delaware corporation,
WORLD SERIES OF BOXING SA, a Switzerland corporation,
HO KIM, an individual, and
IVAN KHODABAKHSH, an individual,

    Defendants.

## MINUTE ORDER REGARDING DOCKET #29

Entered by Judge R. Brooke Jackson

    The Court GRANTS the Stipulated Motion to Dismiss [29]. This action is dismissed with prejudice. Each party is to pay their own attorney's fees and costs.

    DATED this 31st day of January, 2012.